HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMON SANTOS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00102-JLT |
| Plaintiff, | ORDER DIRECTING THE U.S. PROBATION OFFICE TO PROVIDE DEFENSE WITH THE PRESENTENCE INVESTIGATION REPORT |
| vs. | |
| RAMON SANTOS, JR., | |
| Defendant. | |

The motion for order directing the U.S. Probation Office to provide defense counsel with the Presentence Investigation Report is granted. The U.S. Probation Office is directed to provide Assistant Federal Defender Erin Snider with a copy of Ramon Santos, Jr.'s Presentence Investigation Report.

IT IS SO ORDERED.

Dated:   **January 14, 2026**

_____
UNITED STATES DISTRICT JUDGE