Daniel L. Harralson, SBN #109322
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney For Defendant: RAMON SANTOS, JR.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RAMON SANTOS, JR.,<br><br>                    Defendant. | Case No.  1:08-cr-00102-JLT<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE;**<br><br>Date: June 17, 2026<br>Time: 2:00 p.m.<br>Courtroom: Duty Magistrate Judge |

This case is scheduled for a Status Conference on May 22, 2026, but the parties have agreed to move this hearing to June 17, 2026.  The reason for the continuance is that defense counsel was only recently appointed and needs an opportunity to discuss with the defendant how he would like to proceed with his case.  Nothing productive can be accomplished on the currently-scheduled date.

**IT IS SO STIPULATED.**

Dated: May 20, 2026

LAW OFFICE OF DANIEL L. HARRALSON
/s/ Daniel L. Harralson
DANIEL L. HARRALSON, ESQ.
Attorney for Defendant, Joel Damian Ortega

ERIC GRANT
United States Attorney

Dated: May 20, 2026

 /s/ David L. Gappa
DAVID L. GAPPA
Assistant United States Attorney

Stipulation to Continue Status Conference
and Order

1

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:08-cr-00102-JLT |
| Plaintiff, | **ORDER** |
| v. | Date: June 17, 2026 |
| RAMON SANTOS, JR., | Time: 2:00 p.m. |
| Defendant. | Courtroom: Duty Magistrate Judge |

## ORDER

The Court has reviewed and considered the stipulation filed by the parties on May 20, 2026, and also reviewed the record of this case.  In order to conserve the resources of the court, the parties, and the United States Marshal Service, the court finds good cause to continue the status conference to 2:00 pm on June 17, 2026.

IT IS SO ORDERED.

Dated:   **May 20, 2026**          _____

UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status Conference
and Order

2