Daniel L. Harralson, SBN #109322
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney For Defendant: RAMON SANTOS, JR.

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>RAMON SANTOS, JR.,<br><br>                              Defendant. | Case No.  1:08-cr-00102-JLT<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER FINDINGS AND ORDER**<br><br>Date: July 15, 2026<br>Time: 2:00 p.m.<br>Courtroom: Duty Magistrate Judge |

This case is scheduled for a Status Conference on June 17, 2026, but the parties have agreed to move this hearing to July 15, 2026.  The reason for the continuance is that defense counsel was only recently appointed and needs additional time to discuss with the defendant how he would like to proceed with his case.  Nothing productive can be accomplished on the currently-scheduled date.

**IT IS SO STIPULATED.**

                                                  LAW OFFICE OF DANIEL L. HARRALSON

Dated: June 15, 2026            /s/ Daniel L. Harralson
                                                  DANIEL L. HARRALSON, ESQ.
                                                  Attorney for Defendant, Ramon Santos Jr.


                                                  ERIC GRANT
                                                  United States Attorney


Dated: June 15, 2026             /s/ David L. Gappa
                                                  DAVID L. GAPPA
                                                  Assistant United States Attorney

Stipulation to Continue Status Conference
and [Proposed] Order

1

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00102-JLT |
| Plaintiff, | **FINDINGS AND ORDER** |
| v. | Proposed Date: July 15, 2026<br>Time: 2:00 p.m.<br>Courtroom: Duty Magistrate Judge |
| RAMON SANTOS, JR., | |
| Defendant. | |

**FINDINGS AND ORDER**

The Court has reviewed and considered the stipulation filed by the parties on June 15, 2026, and also reviewed the record of this case. In order to conserve the resources of the court, the parties, and the United States Marshal Service, the court finds good cause to continue the status conference to 2:00 pm on July 15, 2026 at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **June 15, 2026**                    /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status Conference
and [Proposed] Order

2